**FILED**
CO-386-online
OCT 11 2007 10/03
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Camden County Council on Economic Opportunity )
)
)
)
vs     Plaintiff  )   Ci
)
United States Department of Health and Human Services, )
and )
Michael Leavitt, Secretary )
United States Department of Health and Human Services )
)
Defendant  )

Case: 1:07-cv-01835
Assigned To : Lamberth, Royce C.
Assign. Date : 10/11/2007
Description: Admn. Agency Review

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Camden County Council on Economic Opportunity  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Camden County Council on Economic Opportunity  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

D.C. Bar No. 023796
BAR IDENTIFICATION NO.

James L. Feldesman
Print Name

2001 L Street, N.W., Second Floor
Address

Washington, D.C. 20036
City          State          Zip Code

(202) 466-8960
Phone Number