IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,     ) ) ) | |
| Plaintiff,     ) ) | Civil Action No.: 07-1835 (RCL) |
| v.     ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,     ) ) ) | |
| and     ) ) | |
| MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,     ) ) ) ) ) ) | |
| Defendants.     ) ) ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendants in the above-captioned case.

Respectfully submitted,

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)

(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANTS