**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMDEN COUNTY COUNCIL<br>ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>    and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>    Defendants. | Case No. 1:07-CV-01835 |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Robert A. Graham of the law firm of Feldesman Tucker Leifer Fidell LLP, 2001 L Street, N.W., Suite 200, Washington, DC 20036, hereby enters his appearance as counsel for Camden County Council for Economic Opportunity.

Respectfully submitted,

/s/
Robert A. Graham (DC Bar No. 450345)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
rgraham@ftlf.com