IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,<br><br>Defendants. | Civil Action No.: 07-1835 (RCL) |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, the United States Department of Health and Human Services ("HHS") and Michael Levitt, through counsel, respectfully move this Court for an extension of time to file their response to plaintiff's complaint, up to and including January 14, 2008. In support of this motion, defendants state the following:

1. Plaintiff filed its complaint on October 11, 2007. On December 12, 2007, plaintiff filed its first amended complaint. Defendants' response to the first amended complaint is due on or before December 26, 2007. Fed. R. Civ. P. 15(a).

2. The undersigned counsel has been in contact with counsel at HHS. Counsel at

HHS has recently forwarded to the undersigned counsel the administrative record pertaining to this matter, however, counsel has not yet received the record.  In addition, due to the demands of her other cases, the undersigned counsel will need additional time, once she receives the record, to review it thoroughly.  Furthermore, the undersigned counsel is scheduled to be out of the office on vacation beginning on December 24th and will not return until after the New Year.

3. In order to afford counsel sufficient time to review the pertinent administrative file and determine the appropriate response to the complaint, counsel requests that defendants' be granted an extension of time, up to and including January 14, 2008, in order to respond to the complaint.

4. Pursuant to LCvR 7(m), counsel for defendants contacted plaintiff's counsel who indicated that plaintiff will not oppose this motion.

Dated: December 21, 2007

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,<br><br>Defendants. | Civil Action No.: 07-1835 (RCL) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby granted. And it is further

**ORDERED** that defendants shall have up to and including January 14, 2008 to respond to the complaint.

**SO ORDERED** on this ____ day of _____, 200___.

_____
ROYCE C. LAMBERTH
United States District Judge