IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, )<br>)<br>and )<br>)<br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services, )<br>)<br>Defendants. ) | Civil Action No.: 07-1835 (RCL) |

**ORDER**

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby granted. And it is further

**ORDERED** that defendants shall have up to and including January 14, 2008 to respond to the complaint.

**SO ORDERED** on this 2nd day of January, 2008.

_____/s/_____
ROYCE C. LAMBERTH
United States District Judge