**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 07-1835 (RCL) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, | ) ) ) | |
| and | ) ) | |
| MICHAEL LEVITT, Secretary, United States Department of Health & Human Services, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, the United

States Department of Health and Human Services ("HHS") and Michael Levitt, through counsel,

respectfully move this Court for a four-day extension of time to file their response to plaintiff's

complaint, up to and including January 18, 2008.  In support of this motion, defendants state the

following:

1.      Plaintiff filed its complaint on October 11, 2007.  On December 12, 2007,

plaintiff filed its first amended complaint.   Defendants received an extension by the Court to

respond to the complaint on or before January 14, 2007.

2.      The undersigned counsel has been in contact with the agency defendant and has

begun working on the agency's response to plaintiff's complaint.  However, due to counsel's

work schedule, which has included depositions and/or hearings every day this week, counsel has

been unable to finalize the agency's response to plaintiff's complaint.  Accordingly, defendants

respectfully request an extension of time, up to and including January 18, 2008, in which to file

their response to plaintiff's complaint.  This is the second extension requested by defendants.

      3.      Pursuant to LCvR 7(m), counsel for defendants contacted plaintiff's counsel who

indicated that plaintiff will not oppose this motion.

Dated: January 11, 2008

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.: 07-1835 (RCL)** |
| **v.** | ) ) | |
| **UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,** | ) ) ) | |
| **and** | ) ) | |
| **MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Unopposed Motion for a

Second Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby granted.  And it is further

**ORDERED** that defendants shall have up to and including January 18, 2008 to respond

to the complaint.

**SO ORDERED** on this _____ day of _____, 200___.


_____
ROYCE C. LAMBERTH
United States District Judge