## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMDEN COUNTY COUNCIL**<br>**ON ECONOMIC OPPORTUNITY,**<br><br>       **Plaintiff,**<br><br>  **v.**<br><br>**UNITED STATES DEPARTMENT OF**<br>**HEALTH & HUMAN SERVICES,**<br><br>**and**<br><br>**MICHAEL LEVITT, Secretary, United States**<br>**Department of Health & Human Services,**<br><br><br>      **Defendants.** | **Civil Action No.: 07-1835 (RCL)** |

## NOTICE TO THE COURT REGARDING
## FILING OF ADMINISTRATIVE RECORD

Defendants, the United States Department of Health and Human Services ("HHS") and Michael Levitt hereby lodge the administrative record in the above-captioned case. The administrative record is being filed in paper copy. This notice is being filed both electronically and in paper copy.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2008, a copy of the foregoing notice of

filing administrative record, together with a copy of the administrative record, was served by first

class mail, postage prepaid, on:

James L. Feldman
Robert Arthur Graham
FELDESMAN, TUCKER, LEIFER, & FIDELL LLP
2001 L Street, NW
2nd Floor
Washington, DC 20036

/s/
Michelle N. Johnson
Assistant United States Attorney
Office of the United States Attorney for the
District of Columbia
555 Fourth Street, NW
Room E4212
Washington, DC 20001