IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL )<br>ON ECONOMIC OPPORTUNITY, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH & HUMAN SERVICES, )<br>　　　　　　　　　　　　　　　　　)<br>and )<br>　　　　　　　　　　　　　　　　　)<br>MICHAEL LEVITT, Secretary, United States )<br>Department of Health & Human Services, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　) | Civil Action No.: 07-1835 (RCL) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, the United States Department of Health and Human Services ("HHS") and Michael Levitt, through counsel, respectfully move this Court for a one business day extension of time to file their response to plaintiff's complaint, up to and including January 22, 2008. In support of this motion, defendants state the following:

　　　1.　　Plaintiff filed its complaint on October 11, 2007. On December 12, 2007, plaintiff filed its first amended complaint. Defendants received an extension by the Court to respond to the complaint on or before January 18, 2007.

　　　2.　　The undersigned counsel anticipates filing a dispositive motion in lieu of an

answer to the complaint and has been working diligently on the agency's response. Counsel anticipates that this motion may resolve or narrow the issues to be presented to the Court. However, additional time is required so that the defendants' response can be finalized and the required agency and supervisory review process can occur. For this reason, defendants respectfully request an extension of time, up to and including January 22, 2008, in which to finalize and file their dispositive motion.

      3.     Pursuant to LCvR 7(m), counsel for defendants contacted plaintiff's counsel who indicated that plaintiff will not oppose this motion.

Dated: January 17, 2008

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,<br><br>Defendants. | Civil Action No.: 07-1835 (RCL) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby granted. And it is further

**ORDERED** that defendants shall have up to and including January 22, 2008 to respond to the complaint.

**SO ORDERED** on this ____ day of _____, 200___.

_____
ROYCE C. LAMBERTH
United States District Judge