# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,<br><br>　　　　Defendants. | Civil Action No.: 07-1835 (RCL) |

## ORDER

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby granted. And it is further

**ORDERED** that defendants shall have up to and including January 22, 2008 to respond to the complaint.

**SO ORDERED** on this 18th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　United States District Judge