IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL )<br>ON ECONOMIC OPPORTUNITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH & HUMAN SERVICES, )<br>)<br>and )<br>)<br>MICHAEL LEVITT, Secretary, United States )<br>Department of Health & Human Services, )<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No.: 07-1835 (RCL) |

## DEFENDANTS' UNOPPOSED MOTION FOR A ONE-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, the United States Department of Health and Human Services ("HHS") and Michael Levitt, through counsel, respectfully move this Court for a one business day extension of time to file their response to plaintiff's complaint, up to and including January 23, 2008. In support of this motion, defendants state the following:

1. Plaintiff filed its complaint on October 11, 2007. On December 12, 2007, plaintiff filed its first amended complaint. Defendants received prior extensions of time by the Court to respond to the complaint on or before January 22, 2007.

2. While counsel has substantially completed the dispositive motion that will be filed

on behalf of the agency, an additional day is required to obtain the required review and approval before the motion can be filed. For this reason, defendants respectfully one additional day in which to finalize and file their dispositive motion.

3. Pursuant to LCvR 7(m), counsel for defendants contacted plaintiff's counsel who indicated that plaintiff will not oppose this motion.

Dated: January 22, 2008

>Respectfully submitted,

>   /s/ Jeffrey A. Taylor
>JEFFREY A. TAYLOR, D.C. BAR # 498610
>United States Attorney

>   /s/ Rudolph Contreras
>RUDOLPH CONTRERAS, D.C. BAR # 434122
>Assistant United States Attorney

>   /s/ Michelle N. Johnson
>MICHELLE N. JOHNSON, D.C. BAR # 491910
>Assistant United States Attorney
>United States Attorney's Office
>Civil Division
>555 4th Street, N.W. – Room E4212
>Washington, D.C. 20530
>(202) 514-7139

>COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,<br><br><br>　　　　Defendants. | Civil Action No.: 07-1835 (RCL) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendants' Unopposed Motion for a One-Day Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendants' motion is hereby granted.  And it is further

**ORDERED** that defendants shall have up to and including January 23, 2008 to respond to the complaint.

**SO ORDERED** on this ____ day of _____, 200___.

_____
ROYCE C. LAMBERTH
United States District Judge