**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CAMDEN COUNTY COUNCIL <br> ON ECONOMIC OPPORTUNITY, <br> 538 Broadway <br> Camden, NJ 08103 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> and <br><br> MICHAEL LEAVITT, Secretary, <br> U.S. Department of Health and <br> Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:07-cv-01835-RCL |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Camden County Council on Economic Opportunity ("CCC") respectfully requests that the Court extend the time for CCC's filing of its opposition to Defendants' motion for summary judgment by fourteen days to February 20, 2008. Defendants have consented to the relief sought herein.

There is good cause to grant the requested enlargement of time. By CCC's calculation, the current due date for its response to Defendants' motion is February 6, 2008 (*i.e.*, eleven days from Defendants' filing date of January 23, 2008, plus three days by operation of Fed. R. Civ. P.

6(d)).  Undersigned counsel has had conflicting responsibilities during this time period diverting his attention from the preparation of CCC's response and requiring his absence from the office. An extension of fourteen days for the submission of CCC's response would alleviate this conflict without causing undue delay to the Court's resolution of this litigation.

    Accordingly, the Court should grant this motion and reset the deadline for CCC's opposition to Defendants' motion for summary judgment to February 20, 2008.

                                  Respectfully submitted,

                                  /s/ Robert A. Graham_____
Robert A. Graham (D.C. Bar No. 450345)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
rgraham@ftlf.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's "Consent Motion for Enlargement of Time to Oppose Defendants' Motion for Summary Judgment," that motion is **GRANTED**, and Plaintiff shall have up to and including February 20, 2008 to file its opposition to Defendants' motion for summary judgment.

**SO ORDERED** this ____ day of February, 2008.


By: _____
     United States District Judge