**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>   HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>   U.S. Department of Health and<br>   Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>            Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**MOTION FOR TWO-DAY ENLARGEMENT OF TIME TO OPPOSE**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Camden County Council on Economic Opportunity ("CCC") respectfully requests that the Court extend the time for CCC's filing of its opposition to Defendants' motion for summary judgment by two days to February 22, 2008. Undersigned counsel attempted to confer with counsel for Defendants to seek her consent to the relief sought herein, but she was unavailable until Wednesday, February 20, 2008.

There is good cause to grant the requested enlargement of time. Undersigned counsel has been called out of town on an urgent client matter from the date of this filing until Thursday,

February 21, 2008, thus necessitating his absence from the office on the current due date of February 20, 2008 for CCC's response. An extension of time until Friday, February 22, 2008 for the submission of CCC's response would permit counsel to attend his conflicting obligations without causing undue delay to the Court's resolution of this litigation.

Accordingly, the Court should grant this motion and reset the deadline for CCC's opposition to Defendants' motion for summary judgment to February 22, 2008.

                                        Respectfully submitted,

                                        /s/ Robert A. Graham_____
                                        Robert A. Graham (D.C. Bar No. 450345)
                                        FELDESMAN TUCKER LEIFER FIDELL LLP
                                        2001 L Street, N.W., Second Floor
                                        Washington, D.C. 20036
                                        (202) 466-8960 (telephone)
                                        (202) 293-8103 (facsimile)
                                        rgraham@ftlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>      Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's "Motion for Two-Day Enlargement of Time to Oppose Defendants' Motion for Summary Judgment," that motion is **GRANTED**, and Plaintiff shall have up to and including February 22, 2008 to file its opposition to Defendants' motion for summary judgment.

**SO ORDERED** this \_\_\_\_ day of February, 2008.


By: _____
     United States District Judge