**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>   HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>          and<br><br>MICHAEL LEAVITT, Secretary,<br>   U.S. Department of Health and<br>   Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>          Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Camden County Council on Economic Opportunity ("CCC") respectfully requests that the Court extend the time for CCC's filing of its opposition to Defendants' motion for summary judgment to February 29, 2008.  Undersigned counsel has conferred with counsel for Defendants regarding the relief sought herein and they have graciously consented.

There is good cause to grant the requested enlargement of time.  Despite best efforts, undersigned counsel has been unable to devote adequate time and attention to the preparation of CCC's opposition while meeting his commitments to other clients.  An extension of time until

Friday, February 29, 2008 for the submission of CCC's response would alleviate the conflict among counsel's professional obligations without causing undue delay to the Court's resolution of this litigation.

Accordingly, counsel requests the Court's indulgence and that reset the deadline for CCC's opposition to Defendants' motion for summary judgment to February 29, 2008.

Respectfully submitted,

/s/ Robert A. Graham
Robert A. Graham (D.C. Bar No. 450345)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
rgraham@ftlf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's "Consent Motion for Enlargement of Time to Oppose Defendants' Motion for Summary Judgment," that motion is **GRANTED**, and Plaintiff shall have up to and including February 29, 2008 to file its opposition to Defendants' motion for summary judgment.

    **SO ORDERED** this \_\_\_\_ day of February, 2008.


By: _____
     United States District Judge