**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMDEN COUNTY COUNCIL <br> ON ECONOMIC OPPORTUNITY, <br> 538 Broadway <br> Camden, NJ 08103 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> and <br><br> MICHAEL LEAVITT, Secretary, <br> U.S. Department of Health and <br> Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

## CONSENT MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NUNC PRO TUNC

Plaintiff Camden County Council on Economic Opportunity ("CCC") respectfully requests that the Court accept for filing *nunc pro tunc* CCC's opposition to Defendants' motion for summary judgment in the above-captioned matter due on February 29, 2008. Undersigned counsel has conferred with counsel for Defendants regarding the relief sought herein and they have graciously consented.

Accordingly, counsel requests the Court's indulgence and that it treat CCC's opposition to Defendants' motion for summary judgment as timely filed.

Respectfully submitted,

/s/ Robert A. Graham_____
Robert A. Graham (D.C. Bar No. 450345)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
rgraham@ftlf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>   HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>        and<br><br>MICHAEL LEAVITT, Secretary,<br>   U.S. Department of Health and<br>   Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>        Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**PROPOSED ORDER**

Upon consideration of Plaintiff's "Consent Motion for Leave to File Opposition to Defendants' Motion for Summary Judgment *Nunc Pro Tunc*," that motion is GRANTED.

Plaintiff's opposition is accepted as timely filed

SO ORDERED this ___ day of March, 2008.


By: _____
        United States District Judge