**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>     and<br><br>MICHAEL LEAVITT, Secretary,<br>U.S. Department of Health and<br>Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>          Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**ORDER**

Upon consideration of Plaintiff's "Consent Motion for Leave to File Opposition to Defendants' Motion for Summary Judgment *Nunc Pro Tunc*," that motion is GRANTED. Plaintiff's opposition is accepted as timely filed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 5, 2008.