IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ) <br> ON ECONOMIC OPPORTUNITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HEALTH & HUMAN SERVICES, ) <br> ) <br> and ) <br> ) <br> MICHAEL LEVITT, Secretary, United States ) <br> Department of Health & Human Services, ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No.: 07-1835 (RCL) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY
JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, the United States Department of Health and Human Services ("HHS") and Michael Levitt, through counsel, respectfully move this Court for two-week extension of time to file their reply in further support of their motion for summary judgment and their response in opposition to plaintiff's cross-motion for summary judgment, up to and including March 31, 2008. In support of this motion, defendants state the following:

1.  Plaintiff filed its complaint on October 11, 2007. On December 12, 2007, plaintiff filed its first amended complaint. On January 23, 2008, defendants filed their motion

for summary judgment.

2.	On March 3, 2008, plaintiff filed its opposition to defendants' motion for summary judgment. On that same date, plaintiff filed a cross-motion for summary judgment.

3.	Defendants intend to file a consolidated reply in further support of their motion for summary judgment and response in opposition to plaintiff's cross-motion for summary judgment. Currently, defendant's response in opposition to plaintiff's cross-motion for summary judgment is due on March 17, 2008. However, defendants require additional time to finalize their response. Accordingly, defendants seek an extension of two-weeks, up to and including March 31, 2008, in which to file their consolidated reply and response in opposition.

4.	Pursuant to LCvR 7(m), counsel for defendants contacted plaintiff's counsel who indicated that plaintiff will not oppose this motion.

Dated: March 17, 2008

		Respectfully submitted,

		  /s/ Jeffrey A. Taylor
		JEFFREY A. TAYLOR, D.C. BAR # 498610
		United States Attorney

		  /s/ Rudolph Contreras
		RUDOLPH CONTRERAS, D.C. BAR #  434122
		Assistant United States Attorney

		  /s/ Michelle N. Johnson
		MICHELLE N. JOHNSON, D.C. BAR # 491910
		Assistant United States Attorney
		United States Attorney's Office
		Civil Division
		555 4th Street, N.W. – Room E4212
		Washington, D.C. 20530
		(202) 514-7139

		COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAMDEN COUNTY COUNCIL<br>ON ECONOMIC OPPORTUNITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States<br>Department of Health & Human Services,<br><br><br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 07-1835 (RCL) |

## [PROPOSED] ORDER

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to File their Reply in Further Support of Their Motion for Summary Judgment and their Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment, it is hereby

**ORDERED** that defendants' motion is hereby granted. And it is further

**ORDERED** that defendants shall have up to and including March 31, 2008 to file their reply in further support of their motion for summary judgment and their response in opposition to plaintiff's cross-motion for summary judgment.

**SO ORDERED** on this ____ day of _____, 2008.

                                                    _____
                                                    ROYCE C. LAMBERTH
                                                    United States District Judge