IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMDEN COUNTY COUNCIL ON ECONOMIC OPPORTUNITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States Department of Health & Human Services,<br><br>Defendants. | Civil Action No.: 07-1835 (RCL) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, the United States Department of Health and Human Services ("HHS") and Michael Levitt, through counsel, respectfully move this Court for a one-week extension of time to file their reply in further support of their motion for summary judgment and their response in opposition to plaintiff's cross-motion for summary judgment, up to and including April 7, 2008. In support of this motion, defendants state the following:

1.  Plaintiff filed its complaint on October 11, 2007. On December 12, 2007, plaintiff filed its first amended complaint. On January 23, 2008, defendants filed their motion for

summary judgment.

2.      On March 3, 2008, plaintiff filed its opposition to defendants' motion for summary judgment. On that same date, plaintiff filed a cross-motion for summary judgment.

3.      Defendants intend to file a consolidated reply in further support of their motion for summary judgment and response in opposition to plaintiff's cross-motion for summary judgment. Currently, defendant's response in opposition to plaintiff's cross-motion for summary judgment is due on March 31, 2008. However, defendants require an additional week to finalize their response. Accordingly, defendants seek an extension up to and including April 7, 2008, in which to file their consolidated reply and response in opposition.

4.      Pursuant to LCvR 7(m), counsel for defendants contacted plaintiff's counsel who indicated that plaintiff will not oppose this motion.

Dated: March 30, 2008

                                      Respectfully submitted,

                                      /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                      /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

                                      /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAMDEN COUNTY COUNCIL<br>ON ECONOMIC OPPORTUNITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES,<br><br>and<br><br>MICHAEL LEVITT, Secretary, United States<br>Department of Health & Human Services,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 07-1835 (RCL) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants' Unopposed Motion for an Extension of Time to File their Reply in Further Support of Their Motion for Summary Judgment and their Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment, it is hereby

**ORDERED** that defendants' motion is hereby granted. And it is further

**ORDERED** that defendants shall have up to and including April 7, 2008 to file their reply in further support of their motion for summary judgment and their response in opposition to plaintiff's cross-motion for summary judgment.

**SO ORDERED** on this _____ day of _____, 2008.

                                                                     _____
                                                                     ROYCE C. LAMBERTH
                                                                     United States District Judge