**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS'
OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Camden County Council on Economic Opportunity ("CCC") respectfully requests that the Court extend the time for CCC's filing of its reply to Defendants' opposition to CCC's cross-motion for summary judgment from April 14, 2008 to April 18, 2008.  Undersigned counsel attempted to confer with counsel for Defendants to seek her consent to the relief sought herein, but she was unavailable.

There is good cause to grant the requested enlargement of time.  Over the course of the past week, undersigned counsel has been responsible for the preparation of pretrial submissions

in a matter pending in the U.S. District Court for the District of Maryland and two briefs (one in the U.S. District Court for the District of Puerto Rico and another in the U.S. Court of Appeals for the First Circuit), and has therefore been unable to devote the time and attention necessary to prepare a comprehensive reply to Defendant's submission of April 7, 2008.  An extension of time until Friday, April 18, 2008 for the filing of CCC's reply would permit counsel to attend his conflicting obligations without causing undue delay to the Court's resolution of this litigation.

Accordingly, the Court should grant this motion and reset the deadline for CCC's reply to Defendants' opposition to CCC's cross-motion for summary judgment from April 14, 2008 to April 18, 2008.

Respectfully submitted,


/s/ Robert A. Graham
Robert A. Graham (D.C. Bar No. 450345)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
rgraham@ftlf.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAMDEN COUNTY COUNCIL <br> ON ECONOMIC OPPORTUNITY, <br> 538 Broadway <br> Camden, NJ 08103 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> and <br><br> MICHAEL LEAVITT, Secretary, <br> U.S. Department of Health and <br> Human Services, <br> 200 Independence Avenue, S.W. <br> Washington, D.C. 20201, <br><br> Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**PROPOSED ORDER**

Upon consideration of Plaintiff's "Motion for Enlargement of Time to Reply to Defendants' Opposition to Cross-Motion for Summary Judgment," that motion is **GRANTED**, and Plaintiff shall have up to and including April 18, 2008 to file that reply.

**SO ORDERED** this ____ day of April, 2008.


By: _____
United States District Judge