**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>   HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>   U.S. Department of Health and<br>   Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>           Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANTS'
OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Camden County Council on Economic Opportunity ("CCC") respectfully requests that the Court extend the time for CCC's filing of its reply to Defendants' opposition to CCC's cross-motion for summary judgment by seven days to April 25, 2008. Undersigned counsel has conferred with counsel for Defendants and she has graciously consented to the relief sought herein.

There is good cause to grant the requested enlargement of time. Undersigned counsel is in the process of preparing an action for emergency injunctive relief for filing in the U.S. District

Court for the District of Hawaii. On Wednesday, April 16, 2008, the local counsel assisting in that matter broke his leg, thus requiring undersigned counsel to take on much of the work that local counsel would otherwise perform. An extension of time until Friday, April 25, 2008 for the submission of CCC's reply would permit counsel to attend his conflicting obligations without causing undue delay to the Court's resolution of this litigation.

Accordingly, the Court should grant this motion and reset the deadline for CCC's reply to Defendants' opposition to CCC's cross-motion for summary judgment to April 25, 2008.

Respectfully submitted,

/s/ Robert A. Graham_____
Robert A. Graham (D.C. Bar No. 450345)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
rgraham@ftlf.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>         and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>         Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

**PROPOSED ORDER**

Upon consideration of Plaintiff's "Consent Motion for Enlargement of Time to Reply to Defendants' Opposition to Cross-Motion for Summary Judgment," that motion is **GRANTED**, and Plaintiff shall have up to and including April 25, 2008 to file that reply.

**SO ORDERED** this _____ day of April, 2008.


By: _____
United States District Judge