# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CAMDEN COUNTY COUNCIL** <br> **ON ECONOMIC OPPORTUNITY,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF** <br> **HEALTH & HUMAN SERVICES et al.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.: 07-1835 (RCL) |

## ORDER

Upon consideration of defendants' Motion [15] for Summary Judgment, plaintiff's opposition [23] and reply [30] thereto, plaintiff's Motion [20] for Summary Judgment, defendants' opposition [26] and reply [27] thereto, the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiff's Motion for Summary Judgment is DENIED; it is further

ORDERED that defendants' Motion for Summary Judgment is GRANTED. Judgment is hereby entered for defendants, dismissing this case with prejudice.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth on July 7, 2008.