**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMDEN COUNTY COUNCIL<br>  ON ECONOMIC OPPORTUNITY,<br>538 Broadway<br>Camden, NJ 08103<br><br>      Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>  HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      and<br><br>MICHAEL LEAVITT, Secretary,<br>  U.S. Department of Health and<br>  Human Services,<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>      Defendants. | Civil Action No.: 1:07-cv-01835-RCL |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1292, Plaintiff Camden County Council on Economic Opportunity ("CCC") files this notice of appeal from the Court's memorandum opinion and order of July 7, 2008 granting Defendants' motion for summary judgment and entering final judgment against CCC as to all claims. *See* D. 31, D. 32. Undersigned counsel is simultaneously transmitting the filing fee in the amount of $455.00 *via* the Court's ECF "Online Payment" system.

2

        Respectfully submitted,

September 2, 2008        /s/ Robert A. Graham_____
        Robert A. Graham (D.C. Bar No. 450345)
        FELDESMAN TUCKER LEIFER FIDELL LLP
        2001 L Street, N.W., Second Floor
        Washington, D.C. 20036
        (202) 466-8960 (telephone)
        (202) 293-8103 (facsimile)
        rgraham@ftlf.com